IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 19-2240-CFC ) |
| MONOLITHIC POWER SYSTEMS, INC., | ) ) ) |
| Defendant. | ) ) |

## STIPULATION AND ORDER TO EXTEND TIME

The parties hereby stipulate and agree, subject to the approval of the Court, that the time for defendant Monolithic Power Systems, Inc. to answer, move or otherwise respond to the complaint, as amended (D.I. 11), is extended through and including March 30, 2020.

| | |
|---|---|
| */s/ Robert M. Oakes* | */s/ Andrew E. Russell* |
| Robert M. Oakes (No. 5217) | Karen E. Keller (No. 4489) |
| FISH & RICHARDSON P.C. | Andrew E. Russell (No. 5382) |
| 222 Delaware Avenue, 17th Floor | Nathan R. Hoeschen (No. 6232) |
| P.O. Box 1114 | SHAW KELLER LLP |
| Wilmington, DE 19899 | I.M. Pei Building |
| (302) 778-8477 | 1105 North Market Street, 12th Floor |
| oakes@fr.com | Wilmington, DE 19801 |
| *Attorneys for Plaintiff* | (302) 298-0700 |
| | kkeller@shawkeller.com |
| | arussell@shawekeller.com |
| | nhoeschen@shawkeller.com |
| Dated: February 18, 2020 | *Attorneys for Defendant* |

2

SO ORDERED this _____ day of_____, 2020.

_____
United States District Judge