IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VOLTERRA SEMICONDUCTOR LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-2240-CFC |
| | ) | |
| MONOLITHIC POWER SYSTEMS, INC., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT MONOLITHIC POWER SYSTEMS, INC.'S MOTION TO DISQUALIFY FISH & RICHARDSON P.C. AS COUNSEL FOR PLAINTIFF VOLTERRA SEMICONDUCTOR LLC**

Defendant Monolithic Power Systems, Inc. ("MPS") hereby moves the Court to disqualify its former counsel, Fish & Richardson, P.C. ("Fish") from representing Plaintiff Volterra Semiconductor LLC ("Volterra") in this matter. The specific grounds for this Motion are set forth in MPS's Opening Brief, submitted herewith.

|  |  |
|---|---|
| OF COUNSEL:<br>Lionel M. Lavenue<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>Two Freedom Square<br>Reston, VA 20190-5675<br>(571) 203-2750<br><br>R. Benjamin Cassady<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>(202) 408-4000<br><br>Dated: April 30, 2020 | */s/ Karen E. Keller*<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>arussell@shawekeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendant* |