IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR LLC, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | C.A. No. 19-2240-CFC |
| MONOLITHIC POWER SYSTEMS, ) INC., ) ) | |
| Defendant. ) | |

## **[PROPOSED] ORDER**

Having considered Defendant's Motion to Disqualify Counsel Fish & Richardson, and argument thereupon,

IT IS SO ORDERED that the Motion is GRANTED.

Dated this \_\_\_\_ day of _____, 2020.

_____
The Honorable Colm F. Connolly