IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 19-2240-CFC ) |
| MONOLITHIC POWER SYSTEMS, INC., | ) ) ) ) |
| Defendant. | ) |

**REQUEST FOR ORAL ARGUMENT FOR
MONOLITHIC POWER SYSTEMS, INC.'S MOTION TO DISMISS**

Pursuant to Local Rule 7.1.4, Defendant Monolithic Power Systems, Inc. ("MPS") respectfully requests oral argument on Defendant's Motion to Dismiss for Failure to State a Claim (D.I. 15), but requests that the oral argument be continued or deferred until such time as Defendant's concurrently-filed Motion to Disqualify Counsel Fish & Richardson, P.C. (D.I. 17) is fully resolved. MPS submits that none of the Fish attorneys (Robert M. Oakes and David M. Barkan) should be further involved in the briefing and/or oral argument regarding the issues in dispute until D.I. 17 is resolved, to avoid prejudice to either party. For example, in the Motion to Dismiss, Counsel for Volterra Semiconductor LLC ("Volterra") makes unfounded assumptions about the accused product that may be based on

confidential information gained through its previous representation of MPS.

Further, resolution of D.I. 17 first will minimize prejudice to Volterra, by affording

Volterra consistent representation through the resolution of the Complaint.

| | |
|---|---|
| OF COUNSEL: | */s/ Nathan R. Hoeschen*<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232) |
| Bob Steinberg<br>Matthew J. Moore<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>(202) 637-2200<br>bob.steinberg@lw.com<br>matthew.moore@lw.com | Shaw Keller LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendant* |

Lionel M. Lavenue
Finnegan, Henderson, Farabow, Garrett
& Dunner, LLP
Two Freedom Square
Reston, VA 20190-5675
(571) 203-2750

R. Benjamin Cassady
Finnegan, Henderson, Farabow, Garrett
& Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

Dated: May 28, 2020

2