## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

VOLTERRA SEMICONDUCTOR LLC,

                Plaintiff,

    v.

MONOLITHIC POWER SYSTEMS, INC.,

                Defendant.

C.A. No. 19-2240-CFC

## JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by Plaintiff Volterra Semiconductor LLC, Defendant Monolithic Power Systems, Inc., and counsel for Fish & Richardson P.C., subject to the approval of the Court, that:

1. The time for Plaintiff Volterra Semiconductor LLC to file its answering brief in opposition to Defendant's Motion to Strike (D.I. 37) is extended until June 18, 2020; and

2. The time for Defendant Monolithic Power Systems, Inc. to file its reply brief in support of Defendant's Motion to Disqualify Counsel (D.I. 17), previously extended to until June 18, 2020 (D.I. 30; *see* Order dated May 12, 2020), is extended until June 22, 2020.

FISH & RICHARDSON P.C.

 _/s/ Robert M. Oakes_
Robert M. Oakes (#5217)
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899
Telephone:  (302) 652-5070
oakes@fr.com

*Attorneys for Plaintiff*

SHAW KELLER LLP

 _/s/ Karen E. Keller_
Karen E. Keller (#4489)
Andrew E. Russell (#5382)
Nathan R. Hoeschen (#6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone:  (302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendant*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 _Jack B. Blumenfeld_
Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
Andrew M. Moshos (#6685)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mdellinger@mnat.com
amoshos@mnat.com

*Attorneys for Fish & Richardson P.C.*

Dated:  June 11, 2020

SO ORDERED, this ___ day of June, 2020

_____
United States District Judge