IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VOLTERRA SEMICONDUCTOR, LLC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 19-2240-CFC-SRF |
| v. | ) ) ) | |
| MONOLITHIC POWER SYSTEMS, INC., | ) ) ) | |
| Defendant. | ) | |

**DEFENDANT MONOLITHIC POWER SYSTEMS, INC.'S MOTION FOR <u>CLAIM CONSTRUCTION</u>**

Pursuant to Paragraph 15 of the Scheduling Order (D.I. 69), Defendant Monolithic Power Systems, Inc. ("Monolithic") requests that the Court adopt the claim construction positions of Monolithic set forth in the Joint Claim Construction Chart (D.I. 134).

*/s/ Karen E. Keller*
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawekeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*

Dated: April 5, 2021