**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR LLC,<br><br>Plaintiff,<br><br>v.<br><br>MONOLITHIC POWER SYSTEMS, INC.,<br><br>Defendants. | C.A. No. 19-2240-CFC |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on May 7, 2021, a copy of OBJECTIONS AND RESPONSES TO MONOLITHIC'S NOTICE OF DOCUMENT SUBPOENA TO CHARLES R. SULLIVAN was served on the attorneys of record, at the following addresses via electronic mail:

Karen E. Keller
Nathan R. Hoeschen
Andrew Russell
SHAW KELLER LLP
I.M. Pei Building
1105 N. Market Street
12th Floor
Wilmington, DE 19801
kkeller@shawkeller.com
nhoeschen@shawkeller.com
arussell@shawkeller.com

*Attorneys for Defendant*

OF COUNSEL:

Surendra K. Ravula
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Surendrakumar.ravula@lw.com

Bob Steinberg
Matthew J. Moore
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
bob.steinberg@lw.com
matthew.moore@lw.com

Lionel M. Lavenue
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
1875 Explorer Street
Suite 800
Reston, VA 20190-6023
lionel.lavenue@finnegan.com

                          R. Benjamin Cassady
                          Finnegan, Henderson, Farabow, Garrett
                          & Dunner, LLP
                          901 New York Ave. NW
                          Washington DC 20001-4413
                          R.Benjamin.Cassady@finnegan.com

Dated: May 10, 2021                    FISH & RICHARDSON P.C.

                          By: */s/ Robert M. Oakes*
                                Robert M. Oakes (#5217)
                                222 Delaware Avenue, 17th Floor
                                Wilmington, DE 19801
                                (302) 652-5070 (Telephone)
                                (302) 652-0607 (Facsimile)
                                oakes@fr.com

                                David M. Barkan
                                500 Arguello Street, Suite 500
                                Redwood City, CA 94063
                                (650) 839-5070
                                barkan@fr.com

                          ***COUNSEL FOR PLAINTIFF***
                          ***VOLTERRA SEMICONDUCTOR LLC***