# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>MONOLITHIC POWER SYSTEMS, INC.,<br><br>        Defendant. | C.A. No. 19-2240-CFC<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S MOTION FOR LEAVE TO SERVE AMENDED INFRINGEMENT CONTENTIONS

    Plaintiff Volterra Semiconductor LLC ("Volterra") hereby moves the Court for leave to serve Amended Infringement Contentions. The specific grounds for this Motion are set forth in Volterra's Opening Brief, submitted herewith.

    WHEREFORE, Volterra respectfully requests the Court Grant this Motion and enter the attached proposed order.

                    FISH & RICHARDSON P.C.

By: */s/ Robert M. Oakes*
Robert M. Oakes (#5217)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
(302) 652-5070 (Telephone)
(302) 652-0607 (Facsimile)
oakes@fr.com

David M. Barkan
500 Arguello Street, Suite 500
Redwood City, CA 94063
(650) 839-5070
barkan@fr.com

***COUNSEL FOR PLAINTIFF***
***VOLTERRA SEMICONDUCTOR LLC***

Dated: June 16, 2021