# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR LLC, <br><br> Plaintiff, <br><br> v. <br><br> MONOLITHIC POWER SYSTEMS, INC., <br><br> Defendant. | C.A. No. 19-2240-CFC <br><br> **JURY TRIAL DEMANDED** |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SERVE AMENDED INFRINGEMENT CONTENTIONS

AND NOW, this _____ day of _____, 2021, upon consideration of Plaintiff's Motion for Leave to Serve Amended Infringement Contentions (the "Motion") and any response in opposition thereto, it is hereby ORDERED that the Motion is GRANTED.

_____
United States District Court Judge