

Fish & Richardson P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

302 652 5070 main
302 652 0607 fax

June 25, 2021

**Robert M. Oakes**
oakes@fr.com
302 778 8477  direct

The Honorable Colm F. Connolly
United States District Court for
the District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Room 4124
Wilmington, DE  19801-3555

Re:  *Volterra Semiconductor LLC v. Monolithic Power Systems, Inc.,*  C.A. No. 19-2240-CFC

Dear Judge Connolly:

I write on behalf of the parties pursuant to Paragraph 17 of the Court's Scheduling Order in the above-captioned matter.  Attached to this letter is an Amended Joint Claim Construction Chart, which reflects that the parties have removed several terms that MPS has alleged are indefinite, pursuant to the Court's guideline that it will not address indefiniteness at claim construction.  The parties did not reach agreement on any of the remaining disputed claim terms.

Lead and Delaware counsel for the parties met by telephone to discuss the amended Joint Claim Construction Chart on June 23, 2021, for approximately 20 minutes.  I attended the call on behalf of Plaintiff as lead counsel and Delaware counsel.  Aaron Pirouznia also attended the call on behalf of Plaintiff.  On behalf of Defendant, Lionel Lavenue and Andrew Russell attended the call as lead counsel and Delaware counsel, respectively.  Forrest Jones and Leon Lin also attended the call on behalf of Defendant.

Respectfully submitted,

*/s/ Robert M. Oakes*

Robert M. Oakes (#5217)

cc: All counsel of record