IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MONOLITHIC POWER SYSTEMS, INC.,<br><br>　　　　　　　Defendant. | C.A. No. 19-2240-CFC |

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by Plaintiff Volterra Semiconductor LLC ("Volterra") and Defendant Monolithic Power Systems, Inc. ("MPS"), subject to the approval of the Court, that the following deadlines in the Scheduling Order (D.I. 69) are modified:

　　1. The deadline for the parties to complete fact discovery, previously August 6, 2021 (D.I. 69, ¶9(a)), is extended to September 7, 2021;

　　2. The deadline for the parties to serve expert reports on issues a party bears the burden of proof, previously August 27, 2021 (D.I. 69, ¶19(a)), is extended to September 17, 2021;

　　3. The deadline for the parties to serve supplemental expert disclosures to contradict or rebut evidence on the same matter identified by the other party, previously September 24, 2021 (D.I. 69, ¶19(a)), is extended to October 1, 2021;

　　4. The deadline for the completion of expert discovery, previously October 29, 2021 (D.I. 69, ¶19(a)), is changed to October 19, 2021;

　　5. The deadline for the parties to file case dispositive motions, previously October 19, 2021 (D.I. 69, ¶20(a)), is extended to October 26, 2021;

6. The deadline for the parties to file answering briefs on case dispositive motions, previously November 9, 2021 (D.I. 69, ¶20(a)), is extended to November 16, 2021.

All other deadlines in the Scheduling Order (D.I. 69) remain unchanged.

| FISH & RICHARDSON P.C. | SHAW KELLER LLP |
|---|---|
| /s/ Robert M. Oakes<br>Robert M. Oakes (#5217)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899<br>Telephone: (302) 652-5070<br>oakes@fr.com<br><br>*Attorneys for Plaintiff* | /s/ Nathan R. Hoeschen<br>Karen E. Keller (#4489)<br>Andrew E. Russell (#5382)<br>Nathan R. Hoeschen (#6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 298-0700<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com<br><br>*Attorneys for Defendant* |

Dated: July 20, 2021

SO ORDERED, this ___ day of _____, 2021

_____
Chief United States District Judge