## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR LLC, | |
| Plaintiff, | |
| v. | C.A. No. 19-2240-CFC |
| MONOLITHIC POWER SYSTEMS, INC., | |
| Defendant. | |

### NOTICE OF SUBPOENA TO ROHAN SAMSI

**TO DEFENDANT AND ITS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Plaintiff Volterra Semiconductor LLC ("Plaintiff"), by and through undersigned counsel, will serve on Rohan Samsi a Subpoena to Testify at a Deposition in a Civil Action.

Dated: August 26, 2021

FISH & RICHARDSON P.C.

By: */s/ Robert M. Oakes*
Robert M. Oakes (#5217)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
(302) 652-5070 (Telephone)
(302) 652-0607 (Facsimile)
oakes@fr.com

David M. Barkan
500 Arguello Street, Suite 500
Redwood City, CA 94063
(650) 839-5070
barkan@fr.com

**COUNSEL FOR PLAINTIFF
VOLTERRA SEMICONDUCTOR LLC**