IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR LLC, <br><br> Plaintiff, <br><br> v. <br><br> MONOLITHIC POWER SYSTEMS, INC., <br><br> Defendant. | Civil Action No. 19-2240-CFC |

## ORDER

NOW THEREFORE, at Wilmington this Thirtieth day of September in 2021, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss for Failure to State a Claim (D.I. 83) is **GRANTED IN PART** and **DENIED IN PART**. The motion is **GRANTED** with respect to Volterra's allegations of contributory infringement and is **DENIED** in all other respects.

COLM F. CONNOLLY
CHIEF JUDGE