IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR LLC, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) C.A. No. 19-2240-CFC-SRF <br> ) |
| MONOLITHIC POWER SYSTEMS, INC., | ) <br> ) <br> ) |
| Defendant. | ) |

**<u>JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME</u>**

IT IS HEREBY STIPULATED by Plaintiff Volterra Semiconductor LLC ("Volterra") and Defendant Monolithic Power Systems, Inc. ("MPS"), subject to the approval of the Court, that the following deadlines are modified:

1. The deadline for MPS to answer Volterra's Second Amended Complaint (D.I. 71), previously October 14, 2021, is changed to October 28, 2021;

2. The deadline for the completion of expert discovery, previously October 19, 2021 (D.I. 69, ¶19(a); D.I. 195), is changed to October 29, 2021;

3. The deadline for the parties to file case dispositive and Daubert motions, previously October 26, 2021 (D.I. 69, ¶20(a); D.I. 195), is extended to November 19, 2021;

4. The deadline for the parties to file answering briefs on case dispositive and Daubert motions, previously November 16, 2021 (D.I. 69, ¶20(a); D.I. 195), is extended to December 17, 2021.

5. The deadline for the parties to file reply briefs on case dispositive motions, previously November 23, 2021 (D.I. 69, ¶20(a)), is extended to January 7, 2022.

All other deadlines in the Scheduling Order (D.I. 69) remain unchanged.

| | |
|---|---|
| */s/ Robert M. Oakes* | */s/ Andrew E. Russell* |
| Robert M. Oakes (No. 5217) | Karen E. Keller (No. 4489) |
| FISH & RICHARDSON P.C. | Andrew E. Russell (No. 5382) |
| 222 Delaware Avenue, 17th Floor | Nathan R. Hoeschen (No. 6232) |
| P.O. Box 1114 | SHAW KELLER LLP |
| Wilmington, DE 19899 | I.M. Pei Building |
| (302) 652-5070 | 1105 North Market Street, 12th Floor |
| oakes@fr.com | Wilmington, DE 19801 |
| *Attorneys for Plaintiff* | (302) 298-0700 |
| | kkeller@shawkeller.com |
| | arussell@shawekeller.com |
| | nhoeschen@shawkeller.com |
| Dated: October 8, 2021 | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2021.

_____
United States District Judge