IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VOLTERRA SEMICONDUCTOR LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 19-2240-CFC-SRF |
| MONOLITHIC POWER SYSTEMS, INC., | ) ) ) ) | |
| Defendant. | ) | |

**DEFENDANT MONOLITHIC POWER SYSTEMS, INC'S
MOTION FOR SUMMARY JUDGMENT (NO. 1) OF NO INDIRECT
INFRINGEMENT BASED ON VOLTERRA'S COVENANT NOT TO SUE**

Pursuant to Federal Rule of Civil Procedure 56, defendant Monolithic Power Systems, Inc. ("MPS") respectfully moves for summary judgment of no indirect infringement premised on alleged direct infringement by NVIDIA and its customers due to Volterra's covenant not to sue. The grounds for this motion are set forth in MPS's opening brief and concise statement of material facts, filed herewith.

WHEREFORE, MPS respectfully requests that the Court grant this motion and enter the attached proposed order.

| | |
|---|---|
| OF COUNSEL:<br>Bob Steinberg<br>LATHAM & WATKINS LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>(424) 653-5500<br><br>Matthew J. Moore<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>(202) 637-2200<br><br>Lionel M. Lavenue<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>Two Freedom Square<br>Reston, VA 20190-5675<br>(571) 203-2750<br><br>Surendra K. Ravula<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>(312) 876-6555<br><br>R. Benjamin Cassady<br>Forrest A. Jones<br>Chen Zang<br>Bradford C. Schulz<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>(202) 408-4000<br><br>Dated: November 19, 2021 | */s/ Nathan R. Hoeschen*<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>arussell@shawekeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendant* |