IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 19-2240-CFC-SRF<br>) |
| MONOLITHIC POWER SYSTEMS, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

**DEFENDANT MONOLITHIC POWER SYSTEMS, INC'S
MOTION FOR SUMMARY JUDGMENT (NO. 2) OF NO INDUCED OR
WILLFUL INFRINGEMENT OF THE '408 OR '955 PATENTS**

Pursuant to Federal Rule of Civil Procedure 56, defendant Monolithic Power Systems, Inc. ("MPS") respectfully moves for summary judgment of no induced or willful infringement of U.S. Patent Nos. 7,525,408 and 7,772,955. The grounds for this motion are set forth in MPS's opening brief and concise statement of material facts, filed herewith.

WHEREFORE, MPS respectfully requests that the Court grant this motion and enter the attached proposed order.

| | |
|---|---|
| OF COUNSEL:<br>Bob Steinberg<br>LATHAM & WATKINS LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA  90067<br>(424) 653-5500 | */s/ Nathan R. Hoeschen*<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>arussell@shawekeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendant* |
| Matthew J. Moore<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>(202) 637-2200 | |
| Lionel M. Lavenue<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>Two Freedom Square<br>Reston, VA 20190-5675<br>(571) 203-2750 | |
| Surendra K. Ravula<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>(312) 876-6555 | |
| R. Benjamin Cassady<br>Forrest A. Jones<br>Chen Zang<br>Bradford C. Schulz<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>(202) 408-4000 | |

Dated: November 19, 2021