IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-2240-CFC-SRF |
| | ) |
| MONOLITHIC POWER SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (NO. 2) OF NO INDUCED OR WILLFUL INFRINGEMENT OF THE '408 OR '955 PATENTS**

At Wilmington this ____ day of _____, 2021, having considered Defendant Monolithic Power Systems, Inc.'s Motion for Summary Judgment (No. 2) of No Induced or Willful Infringement of U.S. Patent Nos. 7,525,408 and 7,772,955, and all papers and argument submitted therewith, IT IS HEREBY ORDERED that the motion is GRANTED.

_____
United States District Judge