IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 19-2240-CFC-SRF<br>) |
| MONOLITHIC POWER SYSTEMS, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

### DEFENDANT MONOLITHIC POWER SYSTEMS, INC'S MOTION TO EXCLUDE CERTAIN EXPERT TESTIMONY OF DR. JAMES DICKENS

Pursuant to Federal Rules of Evidence 702 and 703, defendant Monolithic Power Systems, Inc. ("MPS") respectfully moves to strike Paragraphs 14 and 149 of the Reply Expert Report of Dr. James Dickens, P.E. Regarding Infringement of United States Patent Nos. 6,362,986; 7,525,408; and 7,772,955, and preclude Plaintiff's expert Dr. James Dickens from testifying regarding direct infringement by the Evaluation Board. The grounds for this motion are set forth in MPS's opening brief, filed herewith. Pursuant to D. Del. LR 7.1.1, counsel certifies that reasonable efforts have been made to reach agreement on the subject of this motion.

WHEREFORE, MPS respectfully requests that the Court grant this motion and enter the attached proposed order.

|  |  |
|---|---|
| OF COUNSEL:<br>Bob Steinberg<br>LATHAM & WATKINS LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA  90067<br>(424) 653-5500<br><br>Matthew J. Moore<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>(202) 637-2200<br><br>Lionel M. Lavenue<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>Two Freedom Square<br>Reston, VA 20190-5675<br>(571) 203-2750<br><br>Surendra K. Ravula<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>(312) 876-6555 | /s/ Nathan R. Hoeschen<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>arussell@shawekeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendant* |

R. Benjamin Cassady
Forrest A. Jones
Chen Zang
Bradford C. Schulz
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

Dated: November 19, 2021