IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-2240-CFC-SRF |
| | ) |
| MONOLITHIC POWER SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO EXCLUDE CERTAIN TESTIMONY OF DR. JAMES DICKENS**

At Wilmington this ____ day of _____, 2021, having considered Defendant Monolithic Power Systems, Inc.'s Motion to Exclude Certain Testimony of Dr. James Dickens, and all papers and argument submitted therewith, IT IS HEREBY ORDERED that the motion is GRANTED. Paragraphs 14 and 149 of the Reply Expert Report of Dr. James Dickens, P.E. Regarding Infringement of United States Patent Nos. 6,362,986; 7,525,408; and 7,772,955 are STRICKEN, and Dr. Dickens is PRECLUDED from testifying regarding direct infringement by the Evaluation Board.

_____
United States District Judge