IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR LLC, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) C.A. No. 19-2240-CFC-SRF <br> ) |
| MONOLITHIC POWER SYSTEMS, INC., | ) <br> ) <br> ) |
| Defendant. | ) |

### DEFENDANT MONOLITHIC POWER SYSTEMS, INC.'S MOTION TO EXCLUDE THE TESTIMONY AND OPINIONS OF PLAINTIFF'S DAMAGES EXPERT, DEFOREST MCDUFF, PH.D.

Pursuant to Federal Rules of Evidence 702 and 703, defendant Monolithic Power Systems, Inc. ("MPS") respectfully moves to preclude Plaintiff's damages expert, Deforest McDuff, Ph.D, from testifying and opining on damages related to all reasonable royalty calculations based on an unreliable royalty base determination, an unreliable technology apportionment factor and/or an incomparable license. The grounds for this motion are set forth in MPS's opening brief, filed herewith. Pursuant to D. Del. LR 7.1.1, counsel certifies that reasonable efforts have been made to reach agreement on the subject of this motion.

WHEREFORE, MPS respectfully requests that the Court grant this motion and enter the attached proposed order.

| | |
|---|---|
| OF COUNSEL:<br>Bob Steinberg<br>LATHAM & WATKINS LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA  90067<br>(424) 653-5500<br><br>Matthew J. Moore<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>(202) 637-2200<br><br>Lionel M. Lavenue<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>Two Freedom Square<br>Reston, VA 20190-5675<br>(571) 203-2750<br><br>Surendra K. Ravula<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>(312) 876-6555<br><br>R. Benjamin Cassady<br>Forrest A. Jones<br>Chen Zang<br>Bradford C. Schulz<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>(202) 408-4000<br><br>Dated: November 19, 2021 | */s/ Nathan R. Hoeschen*<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>arussell@shawekeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendant* |