IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-2240-CFC-SRF |
| | ) |
| MONOLITHIC POWER SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT MONOLITHIC POWER SYSTEM, INC.'S MOTION TO EXCLUDE THE TESTIMONY AND OPINIONS OF <u>PLAINTIFF'S DAMAGES EXPERT, DEFOREST MCDUFF, PH.D.</u>**

At Wilmington this ____ day of _____, 2021, having considered Defendant Monolithic Power Systems, Inc.'s Motion to Exclude the Testimony and Opinions of Plaintiff's Damages Expert, Deforest McDuff, Ph.D, and all papers and argument submitted therewith, IT IS HEREBY ORDERED that the motion is GRANTED. Dr. McDuff is PRECLUDED from testifying and opining on damages related to the per-unit reasonable royalty approaches.

_____
United States District Judge