IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MONOLITHIC POWER SYSTEMS, INC.,<br><br>　　　　　Defendant. | )<br>)<br>) **Redacted - Public Version**<br>)<br>)<br>)<br>) C.A. No. 19-2240-CFC-SRF<br>)<br>) ▇▇▇▇▇▇▇▇▇▇<br>)<br>)<br>)<br>) |

**DEFENDANT MONOLITHIC POWER SYSTEMS, INC'S
CONCISE STATEMENT OF FACTS IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT (NO. 2)
(NO INDUCED OR WILLFUL INFRINGEMENT
FOR THE '408 AND '955 PATENTS)**

OF COUNSEL:
Bob Steinberg
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500

Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawekeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*

1

Matthew J. Moore
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

Lionel M. Lavenue
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Two Freedom Square
Reston, VA 20190-5675
(571) 203-2750

Surendra K. Ravula
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-6555

R. Benjamin Cassady
Forrest A. Jones
Chen Zang
Bradford C. Schulz
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

Dated: November 19, 2021

**EXHIBITS TABLE**

| Exhibit | Description | Pages |
|---|---|---|
| Exhibit 5 | Volterra's Infringement Contentions (Oct. 14, 2020) | |
| Exhibit 6 | Volterra's Second Supplemental Responses to MPS's Interrogatories Nos. 1-6 | |
| Exhibit 7 | MPS's Fifth Supplemental Responses to Volterra's Interrogatories Nos. 1-28 | |
| Exhibit 8 | '986 Patent | |
| Exhibit 9 | '408 Patent | |
| Exhibit 10 | '955 Patent | |
| Exhibit 11 | Deposition Transcript of R. Tso | |
| Exhibit 12 | [REDACTED] | |
| Exhibit 13 | [REDACTED] | |
| Exhibit 14 | Deposition Transcript of D. Huang | |
| Exhibit 15 | Deposition Transcript of R. Khalid | |
| Exhibit 16 | [REDACTED] | |
| Exhibit 17 | Deposition Transcript of A. Abou-Alfotouh | |
| Exhibit 18 | [REDACTED] | |

| Exhibit | Description | Pages |
|---|---|---|
| Exhibit 19 | Dissertation of Dr. Jinghai Zhou | |
| Exhibit 20 | Deposition Transcript of J. Zhou | |
| Exhibit 21 | Copy of LinkedIn webpage of Dr. Y. Dong | |
| Exhibit 22 | ■■■■■■■■■■ | |
| Exhibit 23 | Volterra's Opening Expert Report on Infringement | |
| Exhibit 24 | Dissertation of Dr. Yan Dong | |
| Exhibit 25 | § 10:36, Basic Elements of Inducing Infringement, 2 Annotated Patent Digest | |
| Exhibit 26 | Transcript of September 10, 2020 Scheduling Conference | |

1. The 6,362,986 patent is not in the same patent family as either the 7,525,408 or 7,772,955 patents. *Compare* Ex. 8 *with* Ex. 9 and Ex. 10.

2. MPS has maintained that it lacked pre-suit knowledge of the '408 and the '955 patents, as it has informed Volterra. Ex. 7, p. 10; Ex. 14, 108:13-20; 111:11-23; Ex. 11 , 73:14-17; 74:24-75:02; 76:05-15.

3. Volterra alleged in its Second Amended Complaint that MPS had pre-suit knowledge of the '408 and '955 patents based on: (1) notifications from component manufacturer ▮▮▮▮; (2) discussions with ▮▮▮▮ (3) discussions with a NVIDIA Corporation engineer; (4) dissertations by Dr. Jinghai Zhou and Dr. Yan Dong; and (5) the reputation of Volterra's coupled inductor IP within the industry. D.I. 71, ¶¶45, 63. Volterra's operative Infringement Contentions incorporate the above allegations by reference. Ex. 5, p. 25-38.

4. Fact Discovery Closed on September 7, 2021. D.I. 195.

5. Regarding the first allegation, no communication between ▮▮▮▮ and MPS referring to either '408 or '955 patent was produced during discovery.

6. ▮▮▮▮ email communication to MPS did not reference either the '408 or the '955 patents. Ex. 11, 45:20-24 and Ex. 12.

7. No deponent testified that ▮▮▮▮ specifically notified MPS of the '408 or '955 patent.

5

8. Regarding the second allegation, no communications between ▮ and MPS referring to either '408 or '955 patent was produced during discovery.

9. No deponent testified that ▮ notified MPS of the '408 or '955 patent.

10. Volterra employee Rizwan Khalid's testimony identifies a text chain between him and an ▮ employee discussing ▮ communication with ▮ ▬▬▬▬▬▬▬▬▬▬ but this ▮▮▮ makes no reference to any specific patents being discussed. Ex. 15, 25:9-17; 33:7-38:7; Ex. 16.

11. No ▮ employee verified this hearsay.

12. Regarding the third allegation, no communication between any NVIDIA engineer and MPS referring to either '408 or '955 patent was produced during discovery.

13. No deponent testified that any discussions between NVIDIA Engineers and MPS referred to '408 or '955 patent.

14. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

15. Regarding the fourth allegation, Dr. Zhou's dissertation does not have citations to either the '408 or '955 patents. *See* Ex. 19, MAXIM_11507-11516. Dr. Zhou's dissertation is dated April 22, 2005, and predates the issuance of the '408 and '955 patents, which were issued on April 28, 2009 and August 10, 2010 respectively. *Compare* Ex. 19, MAXIM_11320 *with* Ex. 9 *and* Ex. 10.

16. Dr. Zhou did not testify that he was aware of either '408 or '955 patent. Ex. 20, 166:20-24; 168:03-05.

17. Dr. Dong's dissertation also does not contain any citations to the '408 or '955 patents, but instead only "cites to several papers by Mr. Sullivan." *See* Ex. 5, pp. 17-18, 20-21; Ex. 24, MAXIM_11040-11046 at nn. 14, 40-42, 53-54.

18. Dr. Dong was not deposed.

19. Regarding the fifth allegation, while MPS was generally aware of the existence of Volterra as a company, MPS has maintained it was not familiar with Volterra's work or its products. Ex. 20, 113:10-21; Ex. 14, 49:22-50:06.

20. Further, coupled inductors are a technology that predated the asserted patents in this case. Ex. 8, 1:48-59; Ex. 9, 1:59-2:17; Ex. 10, 1:59-2:17; Ex. 20, 15:14-20.

| | |
|---|---|
| OF COUNSEL:<br>Bob Steinberg<br>LATHAM & WATKINS LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA  90067<br>(424) 653-5500<br><br>Matthew J. Moore<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>(202) 637-2200<br><br>Lionel M. Lavenue<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>Two Freedom Square<br>Reston, VA 20190-5675<br>(571) 203-2750<br><br>Surendra K. Ravula<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>(312) 876-6555<br><br>R. Benjamin Cassady<br>Forrest A. Jones<br>Chen Zang<br>Bradford C. Schulz<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>(202) 408-4000<br><br>Dated: November 19, 2021 | */s/ Nathan R. Hoeschen*<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>arussell@shawekeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendant* |

## CERTIFICATE OF COMPLIANCE WITH STANDING ORDER REGARDING BRIEFING

I hereby certify that the foregoing **Defendant Monolithic Power Systems, Inc's Concise Statement of Facts In Support Of Their Motion For Summary Judgment (No. 2) (No Induced Or Willful Infringement For The '408 And '955 Patents)** complies with the typeface requirements and word limits of Paragraph 20(c) of the Scheduling Order entered in this case (D.I. 69). This brief has been prepared in 14-Point Times New Roman and contains 616 words, excluding the cover page, table of contents, table of authorities, signature block, and this certificate of compliance.

/s/ Nathan R. Hoeschen
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawekeller.com
nhoeschen@shawkeller.com

## CERTIFICATE OF SERVICE

I, Nathan R. Hoeschen, hereby certify that on November 19, 2021, this document was served on the persons listed below in the manner indicated:

**BY EMAIL**

Robert M. Oakes
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899
(302) 652-5070
rmo@fr.com

Aaron P. Pirouznia
Noel F. Chakkalakal
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070
pirouznia@fr.com
chakkalakal@fr.com

David M. Barkan
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
(650) 839-5070
barkan@fr.com

*/s/ Nathan R. Hoeschen*
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawekeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*