IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR LLC, | ) <br> ) <br> ) Redacted - Public Version <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) C.A. No. 19-2240-CFC-SRF <br> ) <br> ) ▮▮▮▮▮▮ |
| MONOLITHIC POWER SYSTEMS, INC., | ) <br> ) <br> ) |
| Defendant. | ) |

**DEFENDANT'S CONCISE STATEMENT OF FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT (NO. 1) OF NO INDIRECT INFRINGEMENT BASED ON** ▮▮▮▮▮▮▮▮▮▮▮▮

OF COUNSEL:
Bob Steinberg
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500

Matthew J. Moore
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawekeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*

Lionel M. Lavenue
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Two Freedom Square
Reston, VA 20190-5675
(571) 203-2750

Surendra K. Ravula
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-6555

R. Benjamin Cassady
Forrest A. Jones
Chen Zang
Bradford C. Schulz
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

Dated: November 19, 2021

| Exhibit | Description | Pages |
|---|---|---|
| Exhibit 1 | ▮▮▮▮▮▮▮▮▮▮ | 1 (entirety) |
| Exhibit 2 | Volterra's Proposed Amended Infringement Contentions dated June 16, 2021. D.I. 166, Ex. R (Sealed). | 1-41 |
| Exhibit 3 | October 11, 2021 Letter from MPS to Volterra | 1-6 (entirety) |
| Exhibit 4 | November 1, 2021 Letter from Volterra to MPS | 1-2 (entirety) |

1. ███████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████ Ex. 1. In particular, ████████████

███████████████████████████████████████████████████

████████████████████████ ███████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████ *Id.*

2. █████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████ Ex. 1.

3. ██████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████ Ex. 1.

4. Volterra's proposed amended infringement contentions allege that the

███████████████████████████████████████████████████

████████████████████████████ Ex. 2 at 4 ('986), 10 ('408), 17 ('955).

5. In Volterra's proposed amended infringement contentions, Volterra alleges that MPS is liable for indirect infringement based on direct infringement of all Asserted Patents by ████████████████████████████████. In particular, for each

of the Asserted Patents, Volterra alleges,  and 2) MPS "induces" "this direct infringement" . Ex. 2 at 6-7 ('986), 12-13 ('408), 19 ('955).

6.  Regarding inducement of all three Asserted Patents, Volterra alleges in its proposed amended infringement contentions that MPS induced direct infringement in part by " " among other things. Ex. 2 at 7 ('986), 13 ('408), 19 ('955).

OF COUNSEL:
Bob Steinberg
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA  90067
(424) 653-5500

Matthew J. Moore
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

Lionel M. Lavenue
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Two Freedom Square
Reston, VA 20190-5675
(571) 203-2750

/s/ Nathan R. Hoeschen
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawekeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*

Surendra K. Ravula
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-6555

R. Benjamin Cassady
Forrest A. Jones
Chen Zang
Bradford C. Schulz
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

Dated: November 19, 2021

## CERTIFICATE OF COMPLIANCE WITH STANDING ORDER REGARDING BRIEFING

I hereby certify that the foregoing complies with the typeface requirements and word limits of Paragraph 20(c) of the Scheduling Order entered in this case (D.I. 69). This brief has been prepared in 14-Point Times New Roman and contains 387 words, excluding the cover page, signature block, and this certificate of compliance.

/s/ *Nathan R. Hoeschen*
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawekeller.com
nhoeschen@shawkeller.com

## CERTIFICATE OF SERVICE

I, Nathan R. Hoeschen, hereby certify that on November 19, 2021, this document was served on the persons listed below in the manner indicated:

**BY EMAIL**

Robert M. Oakes
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899
(302) 652-5070
rmo@fr.com

David M. Barkan
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
(650) 839-5070
barkan@fr.com

Aaron P. Pirouznia
Noel F. Chakkalakal
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070
pirouznia@fr.com
chakkalakal@fr.com

/s/ *Nathan R. Hoeschen*
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawekeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*