IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR LLC, | ) )  )  **Redacted - Public Version** |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 19-2240-CFC-SRF ) |
| MONOLITHIC POWER SYSTEMS, INC., | ) ) ) |
| Defendant. | ) |

**DEFENDANT MONOLITHIC POWER SYSTEMS, INC.'S
CONCISE STATEMENT OF FACTS IN SUPPORT OF ITS
MOTION FOR SUMMARY JUDGMENT (NO. 3) OF INDEFINITENESS
OF CLAIMS 17, 18, 20, 21, AND 23 OF US PATENT NO. 6,362,986**

OF COUNSEL:
Bob Steinberg
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA  90067
(424) 653-5500

Matthew J. Moore
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawekeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*

Lionel M. Lavenue
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Two Freedom Square
Reston, VA 20190-5675
(571) 203-2750

Surendra K. Ravula
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-6555

R. Benjamin Cassady
Forrest A. Jones
Chen Zang
Bradford C. Schulz
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

Dated: November 19, 2021

| Exhibit | Description | Pages |
|---|---|---|
| Exhibit 8 | U.S. Patent No. 6,362,986 (The "'986 patent"). MAXIM_00007958. | All |
| Exhibit 27 | U.S. Patent No. 6,362,986 File History MAXIM_00006448. | All |
| Exhibit 28 | Investigating Coupling Inductors in the Interleaving QSW VRM ("Wong Investigating"). MPS_DE-00001780 | All |
| Exhibit 29 | Joint Claim Construction Brief. D.I. 168. | 19 |
| Exhibit 30 | Aaron Schultz Deposition | 1-4, 185-212, 221-232 |

1. The parties have stipulated that the preamble of the '986 patent is limiting. Exhibit 29 at 19.

2. At the *Markman* Hearing on November 12, 2021, the Court adopted the parties' stipulated construction of "orienting, in like direction" as "placing the first and second windings such that the flux generated by the windings flows in *opposite directions* when the windings are activated with a positive current."

3. Claim 17 of the '986 patent claims a "method for reducing ripple in a DC-to-DC converter of the type producing an output voltage from an input voltage." Exhibit 8 at claim 17.

4. Asserted Claim 17 requires "orienting, in like direction, first and second windings about a common core to increase coupling between the windings." Exhibit 8 at claim 17.

5. The specification describes "a prior art article entitled *Investigating Coupling Inductors in the Interleaving QSW VRM* ('*Wong Investigating*')" and admits that the benefit of the method disclosed in *Wong Investigating* "is limited in that it only offers slight reduction in ripple at some duty cycles for limited amounts of coupling." Exhibit 8 at 1:54-59.

6. The '986 patent states that, "[w]hen both low-side devices are on, then the excitation on the two windings is in the same direction, as in Fig. 9, and flux will follow only the leakage paths 112. As a result, each winding's falling current slope

is the same as if there were no coupling between the two inductors." Exhibit 8 at 9:58-63.

7. The '986 patent further states "when one high-side switch and one-low side switch is on, then the flux is shared, as in FIG. 8, with the result of lower reluctances in the flux path and smaller current ripple than had there been no coupling." Exhibit 8 at 9:63-66.

OF COUNSEL:
Bob Steinberg
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500

Matthew J. Moore
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

Lionel M. Lavenue
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Two Freedom Square
Reston, VA 20190-5675
(571) 203-2750

Surendra K. Ravula
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-6555

/s/ Andrew E. Russell
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawekeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*

R. Benjamin Cassady
Forrest A. Jones
Chen Zang
Bradford C. Schulz
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

Dated: November 19, 2021

## CERTIFICATE OF COMPLIANCE WITH STANDING ORDER
## <u>REGARDING BRIEFING</u>

I hereby certify that the foregoing complies with the typeface requirements and word limits of Paragraph 20(c) of the Scheduling Ordered entered in this case (D.I. 69). This brief has been prepared in 14-Point Times New Roman and contains 294 words, excluding the cover page, signature block, and this certificate of compliance.

        */s/ Andrew E. Russell*
        Karen E. Keller (No. 4489)
        Andrew E. Russell (No. 5382)
        Nathan R. Hoeschen (No. 6232)
        SHAW KELLER LLP
        I.M. Pei Building
        1105 North Market Street, 12th Floor
        Wilmington, DE 19801
        (302) 298-0700
        kkeller@shawkeller.com
        arussell@shawekeller.com
        nhoeschen@shawkeller.com

## **CERTIFICATE OF SERVICE**

I, Andrew E. Russell, hereby certify that on November 19, 2021, this document was served on the persons listed below in the manner indicated:

**BY EMAIL**

Robert M. Oakes
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899
(302) 652-5070
rmo@fr.com

David M. Barkan
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
(650) 839-5070
barkan@fr.com

Aaron P. Pirouznia
Noel F. Chakkalakal
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070
pirouznia@fr.com
chakkalakal@fr.com

*/s/ Andrew E. Russell*
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawekeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*