IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 19-2240-CFC-SRF |
| ) | |
| MONOLITHIC POWER SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

At Wilmington this **30th** day of **November, 2021**, the court having considered Volterra Semiconductor LLC's motion for leave to serve amended infringement contentions (D.I. 164); Monolithic Power Systems, Inc.'s motion for leave to file a sur-reply brief (D.I. 190); and Monolithic Power Systems, Inc.'s motion for leave to serve amended invalidity contentions (D.I. 239), and for the reasons set forth in the Memorandum Opinion issued this same date, IT IS HEREBY ORDERED that the motions for leave to serve amended infringement and invalidity contentions are GRANTED, and the motion for leave to file a sur-reply brief is DENIED.

Sherry R. Fallon
United States Magistrate Judge