# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR LLC, <br><br> Plaintiff, <br><br> v. <br><br> MONOLITHIC POWER SYSTEMS, INC., <br><br> Defendant. | **PUBLIC VERSION** <br><br> C.A. No. 19-2240-CFC-SRF |

**DECLARATION OF ROBERT M. OAKES IN SUPPORT OF PLAINTIFF VOLTERRA SEMICONDUCTOR LLC'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE CERTAIN EXPERT TESTIMONY OF DR. JAMES DICKENS**

FISH & RICHARDSON P.C.
Robert M. Oakes (#5217)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
(302) 652-5070
oakes@fr.com

David M. Barkan
500 Arguello Street, Suite 500
Redwood City, CA 94063
(650) 839-5070
barkan@fr.com

Dated: December 17, 2021

***COUNSEL FOR PLAINTIFF VOLTERRA SEMICONDUCTOR LLC***

I Robert M. Oakes, under penalty of perjury, declare as follows:

1.  I am an attorney with the law firm of Fish & Richardson P.C., counsel for Volterra Semiconductor LLC in this action, and a member of the Bar of this Court.  I make this declaration in support of Plaintiff's Opposition to Defendant's Motion to Exclude Certain Expert Testimony of Dr. James Dickens.  Unless otherwise stated, the matters contained in this declaration are of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.

2.  Attached hereto as Exhibit A is a true and correct copy of excerpts of the Expert Report of Dr. James Dickens, P.E. Regarding Infringement of United States Patent Nos. 6,362,986; 7,525,408; and 7,772,955, dated September 17, 2021.

3.  Attached hereto as Exhibit B is a true and correct copy of excerpts of the Reply Expert Report of Dr. James Dickens, P.E. Regarding Infringement of United States Patent Nos. 6,362,986; 7,525,408; and 7,772,955, dated October 8, 2021.

4.  Attached hereto as Exhibit C is a true and correct copy of excerpts from the August 30, 201 deposition transcript of Dacheng "Dawson" Huang.

5.  Attached hereto as Exhibit D is a true and correct copy of MPS production document MPS_DE-00000914.

6.  Attached hereto as Exhibit E is a true and correct copy of the deposition

errata of Daocheng "Dawson" Huang, dated October 5, 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 17th day of December, 2021 at Media, PA.

                                        */s/ Robert M. Oakes*
                                      Robert M. Oakes (#5217)