## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

VOLTERRA SEMICONDUCTOR
LLC,

          Plaintiff,

      v.

MONOLITHIC POWER SYSTEMS,
INC.,

          Defendant.

**PUBLIC VERSION**

C.A. No. 19-2240-CFC-SRF

███████████████████

## PLAINTIFF'S CONCISE STATEMENT OF FACTS IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (NO. 1)

███████████████████████

FISH & RICHARDSON PC
Robert M. Oakes (#5217)
222 Delaware Ave., 17th Floor
P.O. Box 1114
Wilmington, DE 19801
Tel: (302) 652-5070
oakes@fr.com

David M. Barkan
500 Arguello Street, Suite 500
Redwood City, CA 94063
Tel:  (650) 839-5070
barkan@fr.com

Dated:  December 17, 2021

*Counsel for Plaintiff Volterra
Semiconductor LLC*

## I.      Volterra's Response to MPS's Statement of Facts

1.      Admitted.[1]

2.      Admitted.

3.      Admitted.

4.      Admitted.

5.      Admitted.

6.      Admitted.

## II.     Volterra's Responsive Statement of Facts

7.      ████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████ Ex.

1, MAXIM_00011579.

8.      ████████████████████████████████████

████████████████████████████████████████████

---

[1] While Volterra admits certain paragraphs of MPS's SOF (D.I. 277), Volterra disputes that those facts support summary judgment because the other facts detailed in this statement demonstrate a genuine dispute of material fact to be litigated and show facts from which a jury could find in Volterra's favor.

███████████████████████████████████████████

███████████████████████████████ *Id.*

9.      █████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████ *Id.*

10.     On August 4, 2021, MPS deposed Stan Bochenek, Volterra's 30(b)(6)

witness regarding █████████ Mr. Bochenek testified about Volterra's and ████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████ *Id.* at 221:3-222:5.

11.     On September 17, 2021, Volterra served its opening infringement

report from its technical expert Dr. Dickens, who explained how █████████

███████████████████████████████████████████

███████████████████████████████████and/or the coupled inductors

included in MPS's Accused Instrumentalities and in so doing directly infringe" the

Asserted Patents.  Ex. 3, Dickens Opening Report at ¶ 163 ('408 Patent); *see also*

*id.* at ¶ 110 ('986 Patent); ¶ 206 ('955 Patent).  The report also explained how MPS

induces this direct infringement.  *See id.* at ¶¶ 481-490.

      12.    Dr. Dickens opined on how MPS induced ▮▮▮▮ and its contractors to

make and import into the United States the Nvidia Power Solution.  Dr. Dickens

explained how ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *Id.* at ¶

73 (citing NVIDIA_0000412).  Dr. Dickens explained how ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮ *Id.* at ¶ 74 (citing Huang Depo at 228:1-230:23;

NVIDIA_0000532).

      13.    Dr. Dickens opined on how MPS induced ▮▮▮▮ and its coupled

inductor manufacturers to make and import into the United States the coupled

inductors included in the Nvidia Power Solution.  Dr. Dickens explained how ▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *Id.* at ¶ 65 (citing

MPS_DE-00010257).  Dr. Dickens further explained how ▮▮▮▮▮▮▮▮▮▮

███████████████████████████████████████████████ *Id.* at ¶ 486

(citing NVIDIA_0002231; MPS_DE-00010205; MPS_DE-00010257; MPS_DE-00010283).

Dated:  December 17, 2021          FISH & RICHARDSON P.C.

By: */s/ Robert M. Oakes*
    Robert M. Oakes (#5217)
    222 Delaware Avenue, 17th Floor
    P.O. Box 1114
    Wilmington, DE 19899
    Telephone:  (302) 652-5070
    oakes@fr.com

    David M. Barkan
    500 Arguello Street, Suite 500
    Redwood City, CA 94063
    Tel:  (650) 839-5070
    barkan@fr.com

*Counsel for Plaintiff Volterra Semiconductor Inc.*

4

5

## <u>CERTIFICATE OF COMPLIANCE</u>

The undersigned counsel hereby certifies that **Volterra's Concise**

**Statement of Facts In Opposition to Monolithic Power Systems, Inc.'s Motion**

**For Summary Judgment (No. 1) Based On** ██████████████████

contains 666 words (exclusive of the title, caption, tables, and signature block)

prepared in Times New Roman 14-point font.


Dated: December 17, 2021                    */s/ Robert M. Oakes*
                                            Robert M. Oakes (#5217)