# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR LLC,<br><br>Plaintiff,<br><br>v.<br><br>MONOLITHIC POWER SYSTEMS, INC.,<br><br>Defendant. | **PUBLIC VERSION**<br><br>C.A. No. 19-2240-CFC-SRF |

**DECLARATION OF ROBERT M. OAKES IN SUPPORT OF PLAINTIFF VOLTERRA SEMICONDUCTOR LLC'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFF'S DAMAGES EXPERT, DEFOREST MCDUFF, PH.D.**

FISH & RICHARDSON P.C.
Robert M. Oakes (#5217)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
(302) 652-5070
oakes@fr.com

David M. Barkan
500 Arguello Street, Suite 500
Redwood City, CA 94063
(650) 839-5070
barkan@fr.com

Dated: December 17, 2021

***COUNSEL FOR PLAINTIFF***
***VOLTERRA SEMICONDUCTOR LLC***

I, Robert M. Oakes, under penalty of perjury, declare as follows:

1. I am an attorney with the law firm of Fish & Richardson P.C., counsel for Volterra Semiconductor LLC in this action, and a member of the Bar of this Court. I make this declaration in support of Plaintiff's Answering Brief in Opposition to Defendant's Daubert Motion to Exclude The Testimony of Plaintiff's Damages Expert, DeForest McDuff, Ph.D. Unless otherwise stated, the matters contained in this declaration are of my own personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of DeForest McDuff, Ph.D., dated September 17, 2021.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the October 19, 2021 deposition transcript of Alberto Viviani.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the August 12, 2021 deposition transcript of Alberto Viviani.

5. Attached hereto as Exhibit 4 is a true and correct copy of a Maxim webpage titled "Maxim VR14 Solution Deliver Highest Performance and Power Density For Datacenters."

6. Attached hereto as Exhibit 5 is a true and correct copy of an excerpt of Maxim production document Maxim_00014151, Maxim VR14 pricing spreadsheet.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Reply

Expert Report of DeForest McDuff, Ph.D., dated October 8, 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 17th day of December, 2021 at Media, PA.

<i>/s/ Robert M. Oakes</i><br>
Robert M. Oakes (#5217)