IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR LLC, | ) )  ) **Redacted - Public Version** |
| Plaintiff, | ) ) ) C.A. No. 19-2240-CFC-SRF |
| v. | ) ) |
| MONOLITHIC POWER SYSTEMS, INC., | ) ) ) ) |
| Defendant. | ) |

**NO. #1: DEFENDANT'S RESPONSE TO PLAINTIFF'S CONCISE STATEMENT OF FACTS CONCERNING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF NO INDIRECT INFRINGEMENT BASED ON** ▮

OF COUNSEL:
Bob Steinberg
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500

Matthew J. Moore
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawekeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*

Lionel M. Lavenue
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Two Freedom Square
Reston, VA 20190-5675
(571) 203-2750

Surendra K. Ravula
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-6555

R. Benjamin Cassady
Forrest A. Jones
Chen Zang
Bradford C. Schulz
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

Dated: January 7, 2022

Monolithic Power Systems, Inc. ("MPS" or "Defendant") responds to Volterra's additional "Responsive Statement of Facts" (D.I. 302 ¶¶ 7-13), as set forth below. This response is supported by MPS's concurrently filed Reply Brief in Support of Defendant's Motion for Summary Judgment of No Indirect Infringement Based On ▮▮▮▮▮ ("Reply"), which further sets forth MPS's explanations and bases for responding to these "facts."

7. Admitted, but immaterial. ▮▮▮▮▮

▮▮▮▮▮ *See* Reply at 6-7.

8. Admitted, but immaterial. ▮▮▮▮▮

▮▮▮▮▮ *See* Reply at 6-7.

9. Admitted, but immaterial. ▮▮▮▮▮

▮▮▮▮▮

▮▮▮▮▮ *See* Reply at 5-6.

1

10. Admitted,[1] but immaterial. Mr. Bochenek's testimony regarding  is immaterial. *See* Reply at 3-6.

11. Disputed, but immaterial. Dr. Dickens's expert report does not "explain[]" how  None of the cited evidence in Paragraph 11 supports that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *See* D.I. 302, Ex. 3 (Dickens Opening Report) ¶¶ 110, 163, 206; Reply 2-3. Additionally, nothing in Paragraph 11 supports that any of these alleged acts ▮▮▮▮▮▮▮▮▮▮ occur ***within the United States***, a requirement for infringement. *Id.*

12. Disputed, but immaterial. Dr. Dickens's expert report does not opine on how MPS induced ▮▮▮▮ to "make and import into the United States the Nvidia Power Solution." None of the cited evidence in Paragraph 12 supports that ▮▮▮▮▮▮▮▮▮▮▮▮ the NVIDIA Power Solution at all. *See* D.I. 302, Ex. 3 ¶¶ 73-74; Reply 2-3. Additionally, nothing in Paragraph 12 supports that

---

[1] While MPS admits that Mr. Bochenek made the quoted statements in his deposition testimony, Volterra does not include Mr. Bochenek's full response in Paragraph 10. For completeness, Volterra omitted Mr. Bochenek's response that he did not ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ D.I. 302, Ex. 2 at 221:8-18.

any these acts ███████████████ occur **within the United States**, a requirement for infringement. *Id.*

13. Disputed, but immaterial. As in Paragraph 12 above, Dr. Dickens's expert report does not opine on how MPS induced ████ "to make and import" the coupled inductors included in the NVIDIA Power Solution. None of the cited evidence in Paragraph 13 supports that ████████████ the coupled inductors included in the NVIDIA Power Solution at all. *See* D.I. 302, Ex. 3 ¶¶ 65, 486; Reply 2-3. Additionally, nothing in Paragraph 13 supports that any these acts ███████████████ occur **within the United States**, a requirement for infringement. *Id.*

|  |  |
|---|---|
|  | */s/ Nathan R. Hoeschen* |
|  | Karen E. Keller (No. 4489) |
|  | Andrew E. Russell (No. 5382) |
| OF COUNSEL: | Nathan R. Hoeschen (No. 6232) |
| Bob Steinberg | SHAW KELLER LLP |
| LATHAM & WATKINS LLP | I.M. Pei Building |
| 10250 Constellation Blvd., Suite 1100 | 1105 North Market Street, 12th Floor |
| Los Angeles, CA 90067 | Wilmington, DE 19801 |
| (424) 653-5500 | (302) 298-0700 |
|  | kkeller@shawkeller.com |
| Matthew J. Moore | arussell@shawekeller.com |
| LATHAM & WATKINS LLP | nhoeschen@shawkeller.com |
| 555 Eleventh Street, NW, Suite 1000 | *Attorneys for Defendant* |
| Washington, DC 20004 |  |
| (202) 637-2200 |  |

3

Lionel M. Lavenue
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Two Freedom Square
Reston, VA 20190-5675
(571) 203-2750

Surendra K. Ravula
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-6555

R. Benjamin Cassady
Forrest A. Jones
Chen Zang
Bradford C. Schulz
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

Dated: January 7, 2022

## **CERTIFICATE OF COMPLIANCE**

Pursuant to the Court's November 6, 2019 Standing Order, I hereby confirm that this brief complies with the type and number limitations set forth in the Standing Order. I certify that this document contains 527 words, which were counted using the word count feature in Microsoft Word, in 14-point Times New Roman font. The word count does not include the cover page, tables, or the counsel blocks.

<u>/s/ Nathan R. Hoeschen</u>
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawekeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Nathan R. Hoeschen, hereby certify that on January 7, 2022, this document was served on the persons listed below in the manner indicated:

**BY EMAIL**

Robert M. Oakes
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899
(302) 652-5070
rmo@fr.com

David M. Barkan
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
(650) 839-5070
barkan@fr.com

Aaron P. Pirouznia
Noel F. Chakkalakal
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070
pirouznia@fr.com
chakkalakal@fr.com

/s/ *Nathan R. Hoeschen*
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawekeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*