IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| VOLTERRA SEMICONDUCTOR LLC, | ) |
|---|---|
| Plaintiff, | ) ) ) ) |
| v. | ) C.A. No. 19-2240-CFC-SRF ) |
| MONOLITHIC POWER SYSTEMS, INC., | ) ) ) |
| Defendant. | ) |

## DEFENDANT'S REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Defendant Monolithic Power Systems, Inc. respectfully requests oral argument on the following motions:

| Motion | Briefing and Related Submissions |
|---|---|
| Defendant's Summary Judgment Motion (No. 1) of No Indirect Infringement Based on Volterra's Covenant Not to Sue (D.I. 268) | <ul><li>Opening Brief (D.I. 276)</li><li>Defendant's Concise Statement of Facts in Support of Motion (D.I. 277)</li><li>Declaration of Bob Steinberg in Support of Motions for Summary Judgment (Nos. 1-3) (D.I. 281)</li></ul><ul><li>Answering Brief (D.I. 301)</li><li>Plaintiff's Concise Statement of Facts in Opposition to Motion (D.I. 302)</li><li>Declaration of Robert M. Oakes in Opposition to Defendant's Summary Judgment Motions (Nos. 1-3) (D.I. 307)</li></ul> |

| | |
|---|---|
| | - Reply Brief (D.I. 327)<br>- Defendant's Response to Plaintiff's Concise Statement of Facts (D.I. 328)<br>- Declaration of Forrest A. Jones in Support of Defendant's Summary Judgment Motions (Nos. 1-3) (D.I. 333) |
| Defendant's Summary Judgment Motion (No. 2) of No Induced or Willful Infringement of the '408 or '955 Patents (D.I. 269) | - Opening Brief (D.I. 274)<br>- Defendant's Concise Statement of Facts in Support of Motion (D.I. 275)<br>- Declaration of Bob Steinberg in Support of Motions for Summary Judgment (Nos. 1-3) (D.I. 281)<br><br>- Answering Brief (D.I. 303)<br>- Plaintiff's Concise Statement of Facts in Opposition to Motion (D.I. 304)<br>- Declaration of Robert M. Oakes in Opposition to Defendant's Summary Judgment Motions (Nos. 1-3) (D.I. 307)<br><br>- Reply Brief (D.I. 329)<br>- Defendant's Response to Plaintiff's Concise Statement of Facts (D.I. 330)<br>- Declaration of Forrest A. Jones in Support of Defendant's Summary Judgment Motions (Nos. 1-3) (D.I. 333) |
| Defendant's Summary Judgment Motion (No. 3) of Indefiniteness of Claims 17, 18, 20, 21, and 23 of U.S. Patent No. 6,362,986 (D.I. 270) | - Opening Brief (D.I. 278)<br>- Defendant's Concise Statement of Facts in Support of Motion (D.I. 279)<br>- Declaration of Bob Steinberg in Support of Motions for Summary Judgment (Nos. 1-3) (D.I. 281)<br><br>- Answering Brief (D.I. 305)<br>- Plaintiff's Concise Statement of Facts in Opposition to Motion (D.I. 306) |

| | |
|---|---|
| | - Declaration of Robert M. Oakes in Opposition to Defendant's Summary Judgment Motions (Nos. 1-3) (D.I. 307)<br><br>- Reply Brief (D.I. 331)<br>- Defendant's Response to Plaintiff's Concise Statement of Facts (D.I. 332)<br>- Declaration of Forrest A. Jones in Support of Defendant's Summary Judgment Motions (Nos. 1-3) (D.I. 333) |
| Defendant's Motion to Exclude Certain Expert Testimony of Dr. James Dickens (D.I. 271) | - Opening Brief (D.I. 273)<br>- Declaration of Forrest A. Jones in Support of Opening Brief (D.I. 273A)<br><br>- Answering Brief (D.I. 299)<br>- Declaration of Robert M. Oakes in Support of Answering Brief (D.I. 300)<br><br>- Reply Brief (D.I. 326) |
| Defendant's Motion to Exclude the Testimony and Opinions of Plaintiff's Damages Expert, Deforest McDuff, Ph.D (D.I. 272) | - Opening Brief (D.I. 280)<br>- Declaration of Bob Steinberg in Support of Opening Brief (D.I. 280A)<br><br>- Answering Brief (D.I. 308)<br>- Declaration of Robert M. Oakes in Support of Answering Brief (D.I. 309)<br><br>- Reply Brief (D.I. 324)<br>- Declaration of Bob Steinberg in Support of Reply Brief (D.I. 325) |

Briefing on these motions was completed on January 7, 2022, and may be found at the Docket Items listed in the above chart.

OF COUNSEL:
Bob Steinberg
Matthew J. Moore
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

Lionel M. Lavenue
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Two Freedom Square
Reston, VA 20190-5675
(571) 203-2750

Surendra K. Ravula
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-6555

R. Benjamin Cassady
Forrest A. Jones
Chen Zang
Bradford C. Schulz
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

Dated: January 14, 2022

/s/ Nathan R. Hoeschen
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawekeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*