IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 19-2240-CFC-SRF ) |
| MONOLITHIC POWER SYSTEMS, INC., | ) ) ) ) |
| Defendant. | ) |

## MONOLITHIC POWER SYSTEMS, INC.'S
## MOTION FOR ATTORNEY FEES

Defendant Monolithic Power Systems, Inc. ("MPS") respectfully moves the Court to find this case exceptional and to award attorneys' fees pursuant to 35 U.S.C. § 285. The grounds for this motion are fully set forth in Defendant's opening brief filed concurrently herewith.

Pursuant to District of Delaware Local Rule 7.1.1, counsel for MPS certifies that a reasonable effort has been made to reach agreement with the opposing party regarding this motion, including in a verbal meet-and-confer involving lead and Delaware counsel for both parties. The parties were unable to reach agreement.

|  |  |
|---|---|
| OF COUNSEL:<br>Bob Steinberg<br>Matthew J. Moore<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>(202) 637-2200 | /s/ Andrew E. Russell<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>arussell@shawekeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendant* |

OF COUNSEL:
Bob Steinberg
Matthew J. Moore
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

Surendra K. Ravula
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-6555

Thomas W. Yeh
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
(213) 485-1234

Lionel M. Lavenue
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
1875 Explorer Street, Suite 800
Reston, VA 20190
(571) 203-2750

R. Benjamin Cassady
Forrest A. Jones
Chen Zang
Bradford C. Schulz
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

Dated: September 27, 2022

2